**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| MATTAVIOUS QUARTEZ WORTHAM | CIVIL ACTION NO. 16-1182-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JEFF R. THOMPSON | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 8), and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED** with prejudice as frivolous in accordance with the provision of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 20th day of March, 2017.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE